UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED by _____ D.C.

SEP - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**Case Number: 04-60910-CIV-MARTINEZ**

STEVENS WEISS,

      Plaintiff,

vs.

ATLANTIC RECORDING CORPORATION,

      Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' telephone call to chambers on August 31, 2005 indicating that the parties have reached a settlement in this matter. It is hereby:

ORDERED AND ADJUDGED as follows:

1) The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action on or before **Friday, September 16, 2005.**

2) This case remains on the trial docket until the documents necessary to conclude this action are filed. All pertinent deadlines remain in effect. In order to be excused from calendar call, the above-reference documents must be filed at least three (3) days prior to calendar call.

3) If the parties fail to comply with this order, the Court shall either dismiss this case with prejudice or proceed to trial as scheduled. No continuances will be granted on the grounds that settlement documents remain to be executed.



-2-

4)  The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of September, 2005.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record